OPINION — AG — THE ARTICLES OF INCORPORATION OF GOD'S PROPERTIES, INC., DO NOT INDICATE A CORPORATION PURPOSE THAT WOULD AUTHORIZE ITS INCORPORATION UNDER 18 O.S. 1961 541-594 [18-541] — [18-594], ENTITLED "RELIGIOUS, EDUCATIONAL AND BENEVOLENT CORPORATIONS" WHILE NOT CONCLUDING WHETHER THE PROPOSED CORPORATION WOULD BE SUBJECT TO VARIOUS STATE AND FEDERAL TAXES. CITE: 18 O.S. 1961 541 [18-541], 18 O.S. 1961 1.1-1.250 [18-1.1] — [18-1.250] (PENN LERBLANCE)